UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>GILBERTO GARCIA,<br><br>              Defendant. | Case No.:  24-cr-0507-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On April 10, 2024, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for April 12, 2024.  For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 22] and sets the Motion Hearing/Trial Setting on June 14, 2024, at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  On April 9, 2024, a plea agreement was lodged before the Court, and a change of plea hearing will be set before a magistrate judge.

Accordingly, the Court finds that time from April 12, 2024, to June 14, 2024, shall be excluded under the Speedy Trial Act.  18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

IT IS SO ORDERED.

Dated:  4/10/2024

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE

24-cr-0507-JO